■ In the Matter of SALLY C. KWASNEY, Respondent, v PHILIP M. KWASNEY, Appellant.—Appeal from an order of the Family Court of Chemung County, entered August 10, 1978, which adjudged appellant to be in willful violation of an order for support and committed him to the Chemung County Jail for a period of 60 days. Since appellant's incarceration under the order appealed from has terminated, this appeal is moot and should be dismissed. Appeal dismissed as moot, without costs. Mahoney, P. J., Sweeney, Kane, Larkin and Mikoll, JJ., concur.